UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-----------------------------------------------------------------------X
JC, LC, and TC, and Infant, appearing by her         JUDGMENT
Parents and Legal Guardians, JC and LC,              03-CV- 1414 (DLI)

                        Plaintiffs,

    -against-


MARK COUNTRY DAY SCHOOL, SUFFOLK
COUNTY, SUFFOLK COUNTY POLICE
DEPARTMENT, DETECTIVE BRUCE CROCE,
JANICE FINKELSTEIN, and JILL COONELLY,


                        Defendants.
-----------------------------------------------------------------------X

       An Order of Honorable Dora L. Irizarrry, United States District Judge, having been filed on January 23, 2007, adopting the Report and Recommendation of Magistrate Judge William D. Wall, date July 13, 2006, after a *de novo* review of the record; modifying the Report and Recommendation to the extent that the Court finds no state action on the party of Coonelly in reporting TC's conduct to CPS; granting defendants' motion for summary judgment; dismissing the matter without costs to either party; directing the Clerk of Court to amend the caption to use only the plaintiffs' initials and to seal the file maintained on this matter, with the exception of this Memorandum and Order; it is

JUDGMENT
03-CV-1414 (DLI)

      ORDERED and ADJUDGED that the Report and Recommendation of Magistrate Judge William D. Wall is adopted and modified to the extent that the Court finds no state action on the party of Coonelly in reporting TC's conduct to CPS; that defendants' motion for summary judgment is granted; that the matter is dismissed without costs to either party; that the caption will be amended to use only the plaintiffs' initials; and that the file will be sealed.

Dated: Brooklyn, New York
       January 25, 2007

/s/ _____
ROBERT C. HEINEMANN
Clerk of Court